IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JOE BURTON,

        Plaintiff,                      No. CIV S-05-2137 FCD KJM P

    vs.

HDSP MAIL ROOM STAFF, et al.,

        Defendants.             ORDER

                                  /

        On October 10, 2006, plaintiff filed a motion asking that this court vacate judgment entered on September 21, 2006.

        A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

        Plaintiff does not present newly discovered evidence. Furthermore, the court finds that, after a de novo review of this case, the September 21, 2006 order adopting the April 21, 2006 findings and recommendations of the magistrate judge is neither manifestly unjust nor clearly erroneous.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's October 10, 2006 motion
2  to vacate judgment is denied.
3  DATED:October 13, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge